# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN RICHARDS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67488

FILED

FEB 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a jury trial, of conspiracy to commit robbery, burglary while in possession of a firearm, and robbery. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Appellant John Richards claims that, because the jury found him not guilty of use of a deadly weapon in the commission of the robbery, he should not have been convicted of burglary while in possession of a firearm. He argues that pursuant to *Brooks v. State*, 124 Nev. 203, 180 P.3d 657 (2008), the district court should have instructed the jury regarding the State's burden of proving he had knowledge of the possession of the firearm during the burglary.

Richards acknowledges that *Brooks* involved the use of a deadly weapon and the deadly weapon enhancement statute, 124 Nev. at 206-10, 180 P.3d at 659-62; *see also* NRS 193.165, but states that "[t]he same instructions regarding the necessity of the State to prove knowledge of the possession of a firearm in the [b]urglary should have been given to

16-04417

follow the test outlined in *Brooks*," without providing analysis or authority for this conclusion.[1] "It is appellant's responsibility to present relevant authority and cogent argument; issues not so presented need not be addressed by this court." *Maresca v. State*, 103 Nev. 669, 673, 748 P.2d 3, 6 (1987). As Roberts has failed to provide cogent argument supporting his request for relief, we decline to consider this claim. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Michael Villani, District Judge
     Carl E. G. Arnold
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[1]Additionally, his argument that "[t]he jury's finding(s) . . . are inconsistent results" is equally without analysis or authority.